1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

MICHAEL HUTCHINSON,                   )        No. C 02-974 JSW (PR)
                                      )
9               Petitioner,           )        **ORDER APPOINTING COUNSEL**
                                      )        **PURSUANT TO 18 U.S.C. § 3006A,**
10        vs.                         )        **SETTING STATUS**
                                      )        **CONFERENCE AND**
11   JIM HAMLET, Warden,              )        **INSTRUCTIONS TO CLERK**
                                      )
12              Respondent.           )
     _____)
13
14
15

        Petitioner, a California state prisoner, has filed a pro se petition for a writ of

habeas corpus under 28 U.S.C. § 2254.  Petitioner previously filed separate motions

16

seeking to proceed in forma pauperis (docket no. 2) and appointment of counsel (docket

17

no. 10).  Petitioner's motion seeking in forma pauperis status was granted (docket no. 5)

18

by Judge Maxine M. Chesney.  However, on June 27, 2002, Judge Chesney denied the

19

motion for counsel without prejudice to the Court's *sua sponte* reconsideration (docket

20

no. 11).  The matter was transferred to this Court on January 14, 2003 (docket no. 20).

21

After briefing by the parties, Respondent was ordered to expand the record in two orders

22

(docket nos. 23, 26).  On May 24, 2005, Respondent filed a sealed original document

23

obtained from the California Court of Appeal, Sixth Appellate District and a final report

24

regarding his compliance with the Court's orders.  The Clerk is directed to file the

25

document Respondent obtained from the Court of Appeal and filed in this Court under

26

seal.

27

        On May 24, 2005, the Court received a letter from Lawrence A. Gibbs, Esq.,

28

1    indicating that he and Cliff Gardner, Esq. were prepared to enter an appearance on

2    Petitioner's behalf in this matter pro bono, given the Court's earlier refusal to appoint

3    counsel.  Gibbs and Gardner simultaneously filed a substitution of counsel signed by

4    Petitioner.  Counsel's letter specifies that he had conferred with Deputy Attorney General

5    Bruce Ortega and that they were both requesting a status conference be set in this matter.

6    On August 4, 2005, the Court ordered Petitioner to file a substitution of counsel (docket

7    no. 29).  However, that order is now withdrawn (docket no. 29).

8        Given the status of this case, the Court now reconsiders the earlier order of Judge

9    Chesney and appoints attorneys Gibbs and Gardner for Petitioner pursuant to 18 U.S.C. §

10   3006A, which provides for funds to pay appointed counsel.  See United States v. Salemo,

11   81 F.3d 1453, 1459 & n.4 (9th Cir. 1996).   Counsel should seek reimbursement pursuant

12   to 18 U.S.C. § 3006A through the Federal Public Defender's Office.

13       Further, the Court now sets this matter down for a status conference on February

14   17, 2006 at 1:30 p.m.  The parties are directed to meet and confer about this case and file

15   a joint status report on or before February 10, 2006.

16       The Clerk is directed to send a copy of this order to the Federal Public Defender's

17   Office.

18       IT IS SO ORDERED.

19   DATED:  January 27, 2006

20   _____
                                    JEFFREY S. WHITE
21                                  United States District Judge

22

23

24

25

26

27

28
                                              2