IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUTCHINSON,<br><br>    Petitioner,<br><br>  vs.<br><br>JIM HAMLET, Warden,<br><br>    Respondent. | No. C 02-974 JSW (PR)<br><br>**ORDER REGARDING STATUS CONFERENCE** |

      Petitioner, a California state prisoner, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254. Counsel filed a pro bono substitution of counsel on May 24, 2005 and was subsequently appointed by the Court. On January 27, 2006, this matter was set down for a status conference and the parties were directed to meet and confer about this case and file a joint status report. The joint case management statement was filed on February 10, 2006. The statement requests the setting of a motion schedule for Petitioner's application to amend the petition and does not address any other matters. It is unclear whether Petitioner wishes to amend the petition to add an additional claim and, if not, why the parties believe it is necessary to amend the petition to include the forensic report.

      Therefore, at the status conference, the parties should be prepared to discuss whether and why an amendment to the petition is necessary, whether an evidentiary hearing is requested and what evidence in support of the claim would be offered at such a hearing. The parties should also be prepared to discuss whether there are any

outstanding discovery matters with regard to this claim and whether Petitioner consents to the unsealing of the original still image produced from the video, which was in possession of trial counsel and was obtained by Respondent's counsel from the California Court of Appeal under seal.

IT IS SO ORDERED.

Dated: February 16, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE