IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHAEL HUTCHINSON,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JIM HAMLET, Warden, California Training Facility, Soledad,<br><br>　　　　　Respondent. | C 02-0974 JSW<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATED REQUEST FOR A CONTINUANCE OF THE EVIDENTIARY HEARING |

The Court has reviewed the parties' Stipulated Request for Order Changing Time and Declaration, filed on March 21, 2006. By that pleading the parties seek a continuance of the evidentiary hearing in this case, currently set for April 10, 2006, at 2:00 p.m. The parties have asked the Court to re-schedule the evidentiary hearing date for May 2006. By this Order the Court approves the Stipulated Request, and has scheduled the evidentiary hearing for May  24 , 2006, at 10:00 o'clock. By this Order the Court also approves the parties' Stipulated Request that discovery be cut off on  May 15, 2006 , 2006, 10 days prior to the evidentiary hearing.

DATED:  March 30, 2006 

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

*Hutchinson v. Hamlet*, C 02-0974 JSW: [~~PROPOSED~~] ORDER