CLIFF GARDNER
State Bar No. 93782
19 Embarcadero Cove
Oakland, CA 94606
Tel: (510) 534-9404
Fax: (510) 534-9414

LAWRENCE A. GIBBS
State Bar No. 98866
P.O. Box 7639
Berkeley, California 94707
Tel: (510) 525-6847

Attorneys for Petitioner

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUTCHINSON,<br><br>    Petitioner,<br><br>v.<br><br>JIM HAMLET, Warden,<br>California Training Facility, Soledad. | No. C02-0974 JSW (PR)<br><br>~~PROPOSED~~ ORDER PERMITTING LCD PROJECTOR AND SCREEN |

It is hereby ordered that counsel for petitioner be permitted to bring into the courthouse an LCD projector and a screen for petitioner's May 24, 2006, evidentiary hearing.

DATED: May 22, 2006

By *[signature]*
Honorable Judge Jeffrey S. White
United States District Court Judge

*Hutchinson v. Hamlet*, C02-0974 JSW (PR)
~~Proposed~~ Order Permitting LCD Projector