**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUTCHINSON, | |
| Petitioner, | No. C 02-00974 JSW |
| v. | **ORDER REQUIRING RESPONSE TO PETITIONER'S MOTION APPLICATION FOR RELEASE PURSUANT TO F.R.A.P. 23(c).** |
| JIM HAMLET, Warden, California Training Facility, Soledad, | |
| Respondent. | |

On June 28, 2006, after this Court granted his petition for a writ of habeas corpus, Petitioner filed an application for release pursuant to Federal Rule of Appellate Procedure 23(c). The Court HEREBY ORDERS Respondent to submit a response to Petitioner's application by no later than 10:00 a.m. on Wednesday, July 5, 2006.

**IT IS SO ORDERED.**

Dated: July 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE