IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUTCHINSON,<br><br>    Petitioner,<br><br>  v.<br><br>JIM HAMLET, Warden, California Training Facility, Soledad,<br><br>    Respondent. | No. C 02-00974 JSW<br><br>**ORDER HOLDING IN ABEYANCE PETITIONER'S MOTION APPLICATION FOR RELEASE PURSUANT TO F.R.A.P. 23(c) PENDING FILING OF NOTICE OF APPEAL.** |

This matter comes before the Court upon consideration of Petitioner's application for release pursuant to Federal Rule of Appellate Procedure 23(c). The Court has received Respondent's response to that application, in which he asserts that he has not yet decided whether to appeal the Court's decision ordering Respondent to release or retry the Petitioner. Accordingly, the Court shall hold this matter in abeyance pending a notification from Respondent that he will appeal the Court's decision. In the event Respondent does appeal, he is ORDERED to file a substantive response to the Petitioner's application by no later than 24 hour hours after a notice of appeal is filed.

**IT IS SO ORDERED.**

Dated: July 5, 2006

                                                       JEFFREY S. WHITE<br>                                                       UNITED STATES DISTRICT JUDGE