LAWRENCE A. GIBBS
State Bar No. 98866
P.O. Box 7639
Berkeley, California 94707
Tel: (510) 525-6847

CLIFF GARDNER
State Bar No. 93782
19 Embarcadero Cove
Oakland, CA 94606
Tel: (510) 534-9404
Fax: (510) 534-9414

Attorneys for Petitioner

BRUCE ORTEGA
Deputy Attorney General
State Bar No. 131145
455 Golden Gate Avenue, Suite 11000
San Francisco, California 94102-7004
Telephone: (415) 703-1335
Fax: (415) 703-1234
e-mail: bruce.ortega@doj.ca.gov

Attorney for Respondent

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUTCHINSON,<br><br>    Petitioner,<br>v.<br><br>JIM HAMLET, Warden,<br><br>California Training Facility, Soledad. | No. C02-0974 JSW<br><br>**STIPULATIONS RE: RELEASE [FRAP 23(c)]**<br>AND ORDER THEREON |

### Introduction

Pursuant to this Court's order of July 26, 2006, the parties have met and conferred regarding conditions of release. The parties have agreed to a set of conditions for release, listed below.

*Hutchinson v. Hamlet*, C02-0974 JSW
Application for Bail Pending State's Appeal

**Supervision**

Petitioner's counsel has contacted the county pretrial services to determine if they could supervise petitioner's release. An officer there informed counsel that they could not supervise a defendant unless he had been released by order of the superior court of that county.

Counsel then contacted the United States Pretrial Services Agency. A supervisor there, Pretrial Services Officer Silvio Lugo, stated that his agency could provide supervisory services. Officer Lugo's conditions appear below.

**Stipulated Conditions for Release**

The parties agree that petitioner shall be released subject to the following conditions:

1. Within 24 hours of his release from custody, petitioner shall report, to United States Pretrial Services Officer Paul Mamaril, (510) 637-3757, at the U.S. Pretrial Services Agency ("Pretrial Services") at 1301 Clay St., #100C, Oakland, CA 94612. (510) 637-3751.

2. Thereafter, petitioner shall report to Pretrial Services as directed, and at least on a weekly basis.

3. Petitioner shall appear at all times and places, as ordered by the court, magistrate of this court or of any state court in which his case is pending.

4. Petitioner shall not depart this state without leave of the court or supervisory officer.

5. Petitioner shall agree to waive extradition if the petitioner fails to appear as required and is apprehended outside of the State of California.

6. Petitioner shall obey all laws.

7. Petitioner shall maintain employment, or, if unemployed, actively seek employment;

8. Petitioner shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

*Hutchinson v. Hamlet*, C02-0974 JSW
Application for Bail Pending State's Appeal     2

9. Petitioner shall not use alcohol to excess or possess any narcotic or other controlled substance without a legal prescription.

10. Petitioner shall maintain his residence with his parents at 158 Rose Drive in Milpitas, California. Petitioner shall not move without prior approval of Pretrial Services.

## Bail Amount

Petitioner will post a $20,000 bond to secure his compliance with the foregoing conditions.

DATED: July 31, 2006          Respectfully submitted,

/s/ Lawrence A. Gibbs
Attorney for Petitioner

/s/ Bruce Ortega
Attorney for Respondent

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Petitioner shall be released subject to the Conditions of Release set forth in this Order.

August 1, 2006

*Jeffrey S. White*

UNITED STATES DISTRICT COURT JUDGE

*Hutchinson v. Hamlet*, C02-0974 JSW
Application for Bail Pending State's Appeal     3