CLIFF GARDNER
(SBN 93782)
19 Embarcadero Cove
Oakland, CA 94606
Telephone: (510) 534-9404
Facsimile: (510) 534-9414

Attorney for Petitioner
MICHAEL HUTCHINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUTCHINSON,<br><br>        Petitioner,<br><br>vs.<br><br>JIM HAMLET, Warden,<br><br>        Respondent. | No. CV 02-0974 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF STATE COURT ACTION** |

      Michael Hutchinson, by and through Lawrence A. Gibbs, Jim Hamlet, by and through David R. Boyd, and Edward W. Swanson, trial counsel for Mr. Hutchinson, hereby stipulate and agree as follows:

      1)      On August 9, 2007, the Court issued an order clarifying its earlier Order Granting Habeas Relief and holding that any new trial of Mr. Hutchinson must commence within 60 days of July 30, 2007.  The Court further held that it would not "revisit the earlier order requiring prompt release or retrial, except upon a showing of exceptional circumstances."

      2)      Mr. Hutchinson was arraigned in Santa Clara County Superior Court on August 15, 2007.  Trial is scheduled to begin on September 17.  He is currently free on bail.  Mr. Hutchinson's trial counsel desires to move the Superior Court for a continuance pursuant to section 1050 of the California Penal Code.

1  3) The parties agree that the circumstances of this case merit relief from this Court's scheduling order. Those circumstances include the parties' mutual discovery obligations under California Penal Code sections 1054.1 and 1054.3, which require disclosure of information including expert reports at least 30 days prior to trial. As of this date – barely two weeks before trial – neither party is yet in a position to make these disclosures.

4) Additional circumstances meriting relief from this Court's order are described in detail in a Memorandum of Points and Authorities in Support of Stipulation to be filed by counsel to Mr. Hutchinson. To preserve privileged attorney work product information, the memorandum is submitted under seal and will not be served on opposing counsel.

5) The parties request that the Court issue an order permitting trial to proceed according to any schedule set by the presiding judge of the Santa Clara County Superior Court.

IT IS SO STIPULATED.

Dated: August 30, 2007                               Respectfully submitted,

                                                     /s/
                                                     CLIFF GARDNER
                                                     Attorney for Petitioner Michael Hutchinson

                                                     /s/
                                                     EDWARD W. SWANSON
                                                     Swanson, McNamara & Haller LLP
                                                     Trial Counsel for Michael Hutchinson

                                                     /s/
                                                     DAVID R. BOYD
                                                     Deputy District Attorney
                                                     Santa Clara County

[PROPOSED] ORDER

IT IS SO ORDERED.

Dated: September 10, 2007                            _____
                                                     HON. JEFFREY S. WHITE
                                                     United States District Court

2