# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HUTCHINSON,<br><br>Petitioner,<br><br>vs.<br><br>JIM HAMLET, Warden,<br><br>Respondent. | No. C 02-974 JSW (PR)<br><br>**ORDER GRANTING RESPONDENT'S MOTIONS FOR RETURN OF CONFIDENTIAL STATE DOCUMENTS**<br><br>(Docket Nos. 106, 116) |

Petitioner, formerly a California state prisoner, filed a *pro se* petition for a writ of habeas corpus under 28 U.S.C. § 2254, which was granted by this Court. During the pendency of these proceedings, Respondent was ordered by this Court to expand the record in two orders (docket nos. 23, 26). On May 24, 2005, Respondent filed a sealed original document obtained from the California Court of Appeal, Sixth Appellate District and a final report regarding his compliance with the Court's orders and an order from the Court of Appeal for the return of the original. The sealed order from the Court of Appeal and the attachments thereto were filed in this Court as Docket 31. Respondent now moves for the return of that original document, so that it can be returned to the California Court of Appeal in compliance with the order of Presiding Justice Rushing. Respondent's motions are GRANTED (docket nos. 106, 116). The Clerk is directed to return the sealed attachment to Docket No. 31 to Respondent for return to the Court of Appeal.

IT IS SO ORDERED.

DATED: February 1, 2008

JEFFREY S. WHITE
United States District Judge